**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 25-CV-21206-RAR**

**LUIS ROMERO-FORNARIS,**

Plaintiff,

v.

**DIRECTOR, KENDALL FIELD OFFICE,**
**U.S. CITIZENSHIP & IMMIGRATION SERVICES,**

Defendant.
_______________________________________/

**ORDER REMANDING CASE TO USCIS**

**THIS CAUSE** is before the Court on Plaintiff's Complaint for a Hearing on a Naturalization Application Under 8 U.S.C. § 1447(b) ("Complaint"), filed on March 14, 2025. [ECF No. 1]. Plaintiff's Complaint states that more than 120 days have elapsed since his interview with an immigration officer in relation to his N-400 Application and, to date, the United States Citizenship and Immigration Services ("USCIS") has not rendered a decision. Compl. ¶¶ 13-17. Therefore, Plaintiff seeks relief pursuant to 8 U.S.C. § 1447(b). Compl. ¶¶ 24-26.

Pursuant to § 1447(b), USCIS has 120 days from the date of the naturalization interview to adjudicate an N-400 application. *See Issa v. U.S. Citizenship & Immigr. Servs.*, No. 23-21817, 2023 WL 5992141, at *2 (S.D. Fla. Sept. 15, 2023); *Silebi De Donado v. Swacina*, 486 F. Supp. 2d 1360, 1363 (S.D. Fla. 2007). Section 1447(b) states, in pertinent part:

> If there is a failure to make a determination . . . before the end of the 120-day period after the date on which the examination is conducted . . . , the applicant may apply to the United States district court for the district in which the applicant resides for a hearing on the matter. Such court has jurisdiction over the matter and may either determine the matter or remand the matter, with appropriate instructions, to the Service to determine the matter.

8 U.S.C. § 1447(b).

Plaintiff correctly notes that, in exercising its jurisdiction, the Court may either "determine the matter or remand the matter, with appropriate instructions, to [USCIS] to determine the matter." Compl. ¶ 26 (quoting 8 U.S.C. § 1447(b)). Here, the Court elects to follow the majority of courts which have remanded similar cases back to USCIS for a final determination. *See Silebi De Donado*, 486 F. Supp. 2d at 1365 (collecting cases); *Issa*, 2023 WL 5992141, at *2 (remanding case to USCIS for further proceedings on Plaintiff's application for naturalization); *Williams v. U.S. Citizenship & Immigr. Servs.*, No. 23-61124, 2023 WL 7411688, at *1 (S.D. Fla. June 21, 2023) (remanding case with instructions to USCIS and noting that USCIS is better equipped to evaluate the merits of such applications); *Azaria v. Garland*, No. 22-20425, 2022 WL 3586425, at *1–2 (S.D. Fla. May 3, 2022) (remanding case concerning N-400 application to USCIS with instructions to make a decision within thirty days). Accordingly, it is hereby

**ORDERED AND ADJUDGED** as follows:

1. This case is **REMANDED** to USCIS for further proceedings. USCIS shall issue a decision on Plaintiff's application for naturalization within **thirty (30) days** from the date of this Order.

2. The Clerk is directed to mark this case as **CLOSED**.

3. Any pending motions are **DENIED** as moot.

**DONE AND ORDERED** in Miami, Florida, this 14th day of March, 2025.

**RODOLFO A. RUIZ II**
**UNITED STATES DISTRICT JUDGE**